UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. Antonio Saenz Defendant. | Case No.: MJ 16-432 ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Western District of Texas, for alleged violation(s) of the terms and conditions of [his/~~her~~] [~~probation~~] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ☒ The defendant has not met his/~~her~~ burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _the defendant submitting to detention and offering no evidence to meet his burden._

and/or

B. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _the defendant submitting to detention and offering no evidence to meet his burden._

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

DATED: 3/2/2016

ALEXANDER F. MACKINNON
UNITED STATES MAGISTRATE JUDGE